MAX KROWCHUK, Respondent, v. ABRAHAM L. HENKIN, Appellant.— Order setting aside verdict and granting a new trial unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FRANCIS LARKIN, Respondent, v. THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF OSSINING, Appellant.— Order denying motion to dismiss the complaint on the ground that it does not state a cause of action affirmed, with ten dollars costs and disbursements, with leave to defendant to answer upon payment of costs. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

THOMAS P. MULVEY, Appellant, v. MARGARET MULVEY, Respondent.— Judgment reversed upon the facts, and new trial granted, upon the ground that the finding that defendant was not guilty of the offense charged is against the weight of the evidence. Kelly, P. J., Manning and Kapper, JJ., concur; Rich and Kelby, JJ., dissent, and vote for reversal and for judgment in favor of the plaintiff.

CARL GEORGE PREIS, Appellant, v. KATHRYN A. TREMAYNE PREIS, Respondent.— Order modified by reducing the counsel fee to the sum of $500, and as so modified affirmed, without costs. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL AGRESTA, Appellant.— The evidence does not justify the conviction of defendant for failure to supply heat on the premises, but does justify the conviction for failure to supply hot water, and for that reason the fine of $500 is reduced to $100, and as so modified the judgment of conviction is affirmed.* Kelly, P. J., Rich, Kelby and Young, JJ., concur; Kapper, J., dissents, and votes to reverse the conviction and to discharge the defendant, on the ground that the conviction was based by the Court of Special Sessions solely upon the landlord's failure to furnish heat, and that his alleged failure to furnish hot water was not in any wise made the basis of the finding of guilt.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANA WALLACE, District Attorney of Queens County, Respondent, v. JOHN M. CRAGEN, as Justice of the Municipal Court of the City of New York, Sitting in the Third District of the Borough of Queens, and Another, Defendants, Impleaded with LOUIS WEISS, Plaintiff in a Replevin Action Pending in Said Municipal Court, to Recover Intoxicating Liquor from the Possession of JAMES E. MURRAY, the Property Clerk of the Police Department of the City of New York, Appellant.— Appeal dismissed on argument, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

WILLIAM M. REED, Appellant, v. N. E. VAIL & COMPANY, INCORPORATED, Respondent.— Order affirmed, without costs. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

* See Penal Law, § 2040, added by Laws of 1920, chap. 131, as amd. by Laws of 1920, chap. 951.— [REP.